(42 USC 1983) and ADA

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

**FILED**

July 28, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ cav

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE ___WESTERN___ DISTRICT OF TEXAS
### ___WACO___ DIVISION

JO ANN WILBERT   226|580
_____
Plaintiff's Name and ID Number
PATRICK O DANIEL UNIT
GATESVILLE TEXAS 76528
_____
Place of Confinement

CASE NO. __6:25 cv 320__
(Clerk will assign the number)

v. SEE ALL ENCLOSURES
39 DEFENDANTS TOTAL
_____
Defendant's Name and Address
Governor Greg Abbott
_____
Defendant's Name and Address
STATE ATTORNEY GEN KEN PAXTON
_____
Defendant's Name and Address  TDCJ EXEC DIR  BRYAN COLLIER
( DO NOT USE "ET AL.")  continued on Enclosures
_____

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? __X__ YES ___ NO

   B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.  Approximate date of filing lawsuit: __MAY 2024__

   2.  Parties to previous lawsuit:
       Plaintiff(s) __JO ANN WILBERT__
       Defendant(s) __Same As before / Previous lawsuit#__

   3.  Court: (If federal, name the district; if state, name the county.) __this one (Western Dist Texas)__

   4.  Cause number: __6:24-CV-00512__

   5.  Name of judge to whom case was assigned: __Judge ALBRIGHT__

   6.  Disposition: (Was the case dismissed, appealed, still pending?) __Dismissed__

   7.  Approximate date of disposition: __Nov 2024__

II.    PLACE OF PRESENT CONFINEMENT: Patrick O Daniel Unit    Gatesville Texas 76528

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   (X) YES   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
There are over 100 Medical and Administrative Grievances.

IV.   PARTIES TO THIS SUIT: Because of Number of PLAINTIFFS (see Attachments)

A. Name and address of plaintiff: Starting with Gov Greg Abbott Jo Ann Wilbert Patrick O Daniel Unit 2305 Ransom Rd Gatesville Texas 76528

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.
Because of Number of Defendants (SEE Attachments)

Defendant #1: Governor Greg Abbott / STATE OF TEX Governor / 1400 Congress Ave Austin TX 78701-1932

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: STATE ATTORNEY GEN. KEN PAXTON / ATTORNEY GEN / 300 West 15th St. Austin TX 78701

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: TDCJ Executive Director / Bryan Collier / Po Box 13084 Capitol STATION Austin TX 78701

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: REGIONAL Director / JENNIFER Cozby / 1002 Carroll St Gatesville TX 76528

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: Warden / Andrea Lozada / Warden Patrick O Daniel / 2305 Ransom Rd Gatesville Texas 76528

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

SEE List (of Attached) for rest of Defendants.

# Journal Pages

LIST OF NAMES                    NAME AND
ADDRESS OF PLAINT
A. DEFENDANTS IV PARTIES TO THIS SUIT    Defendants

| # | | |
|---|---|---|
| 1 | Governor Greg Abbott | GOVERNOR GREG ABBOTT / STATE OF TEXAS 1400 Congress Avenue Austin TX 78701-1932 |
| 2 | STATE ATTORNEY GEN. KEN PAXTON | STATE ATTORNEY GENERAL / 300 WEST 15th STREET Austin TX 78701 |
| 3 | TDCJ EXEC DIRECTOR BRYAN COLLIER | PO BOX 13084 CAPITOL STATION AUSTIN TEXAS 78701 |
| 4 | REGIONAL DIR/REGION VI JENNIFER COZBY | 1002 CARROLL STREET GATESVILLE TEXAS 76528 |
| 5 | WARDEN ANDREA LOZADA | WARDEN PATRICK O DANIEL UNIT 2305 RANSOM RD. GATESVILLE TEXAS 76528 |
| 6 | WARDEN URSULA MILLER | ASSIST WARDEN PATRICK O DANIEL UNIT 2305 RANSOM RD GATESVILLE TX 76528 |
| 7 | MAJOR LASHONDA JAMES | MAJOR PATRICK O DANIEL UNIT 2305 RANSOM RD GATESVILLE TX 76528 |
| 8 | (UN) FARREL | TRANSPORTATION OFFICER / HILL TOP UNIT 1500 STATE ST ROAD GATESVILLE TX 76598 |
| 9 | SGT WILLIAM BROWN III | OPN SGT / PATRICK O DANIEL UNIT 2305 RANSOM RD GATESVILLE TX 76528 |
| 10 | CO I ANA CROSSWELL | PROPERTY OFFICER P.O. Daniel Unit 2305 RANSOM RD GATESVILLE TX 76528 |
| 11 | SGT ELAINE ESPINO | DAY SHIFT SUPERVISOR / PATRICK O DANIEL UNIT 2305 Ransom Rd GATESVILLE TX 76528 |
| 12 | CO I TRUDY ELLIS | CO (Correction Officer) P.O.D Unit 2305 Ransom Rd GATESVILLE TX 76528 |
| 13 | CO I AMY GRIFFIN | LAW LIBRARY (Supervisor) P.O.D. Unit 2305 Ransom Rd, Gatesville TX 76528 |
| 14 | CO I RITA HARRISON | RENTRY PROGRAM / P.P.D Unit 2305 Ransom Rd Gatesville Tx 76528 |
| 15 | CHEALSEA HARTLEY | MAIL ROOM SUPERVISOR / P.O.D 2305 RANSOM RD GATESVILLE TX 76528 |
| 16 | CO I ASHLEY HERRERA | SAFE PRISONS / P.O.D Unit 2305 RANSOM RD. GATESVILLE TX 76528 |
| 17 | CO I VANESSA JEFFERSON | Correction officer / P.O.D Unit 2305 RANSOM RD GATESVILLE TX 76528 |
| 18 | AMALIA KNAUBER | WARDENS SECRETARY / P.O.D. Unit 2305 Ransom Rd Gatesville Tx 76528 |
| 19 | LT BERNESHA LONG | DISCIPLINARY OFFICER / P.O.D Unit 2305 RANSOM RD GATESVILLE TX 76528 |
| 20 | CIERA NEWTON | CHIEF OF CLASSIFICATION / P.O.D 2305 RANSOM RD GATESVILLE TX 76528 |
| 21 | CO I SAMANTHA PANTOJA | (CO) HILL TOP UNIT 1500 STATE SCHOOL RD GATESVILLE TX 76598 |
| 22 | CO II PINTO JIN PARRA | (CO II) P.O.D 2305 Ransom Rd GATESVILLE TX 76528 |

LIST OF NAMES of *Journal pages* NAME AND ADDRESS
IV PARTIES TO SUIT OF PLAINTIFF DEFENDANTS

A. DEFENDANTS

| | | |
|---|---|---|
| 23 | CPT JAMIE RHASOTT | Laundry Officer / P.O.D Unit / 2305 Ransom Rd Gatesville TX 76528 |
| 24 | SGT CHYSTEL ROGERS | SGT/PREA / P.O.D   2305 Ransom Rd   Gatesville TX 76528 |
| 25 | LT KYLEEN TYSON | Former (Day Shift Supervisor) HILL TOP UNIT 1500 STATE STREET RD   GATESVILLE TX |
| 26 | SHANIA WEBER | Unit Grievance Officer (UGI) PATRICK O DANIEL UNIT 2305 Ransom Rd Gatesville TX 76528 |
| 27 | DAGAN WHISENHUNT | (Former) Disciplinary Officer HILLTOP Unit 1500 STATE ST RD   Gatesville TX 76598 |
| 28 | SGT MELLISA WRIGHT | (Former) Dorm SGT (B1)+(B2)   P.O.D Unit   2305 Ransom Rd Gatesville TX 76528 |
| 29 | JOEL CHANDLER | SENIOR PRACTICE MGR / P.O.D and LANE MURRAY UNIT 1916 N. Hwy 36 Bypass   Gatesville TX 76596 |
| 30 | CHYSTAL CARROLL | (Nurse) Patrick O Daniel Unit   2305 Ransom Rd Gatesville TX 76528 |
| 31 | TERRE DORMAN | (Nurse) Patrick O Daniel Unit 2305 Ransom Rd Gatesville TX 76528 |
| 32 | RICHARD H FRIEDMAN | (Dr) P.O.D   2305 Ransom Rd   Gatesville TX 76528 |
| 33 | PAMELA JONES | (Nurse) P.O.D   2305 Ransom Rd   Gatesville TX 76528 |
| 34 | TOSIN OYENOLA | Nurse Practioner P.O.D   2305 Ransom Rd Gatesville TX 76528 |
| 35 | STARLISTA ROBERTS | Nurse / P.O.D / 2305 Ransom Rd   Gatesville TX 76528 |
| 36 | SIGRID TEAGUE | Psych Supervisor / P.O.D / 2305 Ransom Rd Gatesville TX 76528 |
| 37 | ANGELA SMITH | Med Tech / P.O.D. / 2305 Ransom Rd / Gatesville TX 76528 |
| 38 | BRENDA WALLACE | Nurse / P.O.D / 2305 Ransom Rd / Gatesville TX 76528 |
| 39 | JESSICA ZOLMAN | Med Technician / P.O.O / 2305 Ransom Rd / Gatesville TX 76528 |
| 40 | (FNU) FOUTAI | CO Education Ctr / P.O.D / 2305 Ransom Rd / Gatesville TX 76528 |

Journal Pages: PARTIES TO SUIT

B. FULL NAME OF EACH DEFENDANT/POSITION/PLACE OF EMPLOY/ADDRESS

| # | Name | Position / Place / Address |
|---|------|----------------------------|
| 1 | Gov Greg Abbott | Governor State of TEXAS/STATE CAPITOL/1400 Congress Ave Austin TX 78701-1932 |
| 2 | STATE ATTORNEY GEN. KEN PAXTON | 300 West 15 st Austin TX 78701 |
| 3 | TDCJ EXEC DIRECTOR BRYAN COLLIER | PO Box 13084 Capitol Station Austin TX 78701 |
| 4 | REGION. DIR REGION VI JENNIFER COZBY | 1002 Carroll St. Gatesville TX 76528 |
| 5 | Andrea Lozada | WARDEN/PATRICK O DANIEL UNIT/2305 RANSOM RD GATESVILLE TEXAS 76528 |
| 6 | Ursula Miller | ASSISTANCE WARDEN/Patrick D Daniel Unit 2305 Ransom Rd Gatesville Texas 76528 |
| 7 | Lashonda James | MAJOR/PATRICK O Daniel Unit/2305 Ransom Rd Gatesville Texas 76528 |
| 8 | (FNU) Farrell | Transport OFFICER/HILL TOP UNIT/1500 STATE SCHOOL ROAD, GATESVILLE TX 76598. |
| 9 | WILLIAM BROWN III | SGT OF OPNS/PATRICK O DANIEL/2305 Ransom Rd Gatesville Texas 76528 |
| 10 | CO V ANNA CROSSWELL | PROPERTY OFFICER/PATRICK O DANIEL UNIT/2305 Ransom Rd Gatesville TX 76528 |
| 11 | ELAINE ESPINO | SGT OF NIGHT SHIFT/PATRICK O DANIEL UNIT/2305 RANSOM Rd Gatesville Texas 76528. |
| 12 | CO I TRUDY ELLIS | SGT/CO IV/Patrick O Daniel Unit 2305 Ransom Rd Gatesville TX 76528. |
| 13 | AMY GRIFFIN | SUPERVISOR/LAW LIBRARY/Patrick O Daniel Unit |
| 14 | RITA HARRISON | CO5/FORMER VETERAN COORDINATOR BLDG A1/ |
| 15 | CHEALSEA HARTLEY | MAIL ROOM SUPER-VISOR/PATRICK O DANIEL UNIT 2305 Ransom Rd Gatesville Texas 76528. |
| 16 | ASHLEY HERRERA | SAFE PRISONS/PATRICK O DANIEL UNIT/2305 Ransom Rd Gatesville TX 76528 |
| 17 | VANESSA JEFFERSON | CO 5/PATRICK O DANIEL UNIT 2305 Ransom Rd Gatesville TX |
| 18 | AMELIA KNAUBER | WARDENS SECRETARY/PATRICK O DANIEL UNIT/2305 Ransom Rd. Gatesville TX 76528 |
| 19 | BERNESHA LONG | LT/ Disciplinary Officer/PATRICK O DANIEL UNIT 2305 Ransom Rd Gatesville Texas 76528 |
| 20 | CIERA NEWTON | CLASSIFICATION SUPERVISOR/PATRICK O DANIEL UNIT/2305 RANSOM RD GATESVILLE TX 76528 |
| 21 | SAMANTHA PANTOJA | SGT/HILL TOP UNIT/1500 STATE SCHOOL ROAD GATESVILLE TX 76598 |
| 22 | PINTO JIN PARRA | CO II/PATRICK O DANIEL UNIT/2305 Ransom Rd Gatesville Texas 76528 |

(1)

Journal pages

B. FULL NAME EACH DEFENDANT / POSITION / PLACE OF EMPLOY / ADDRESS

| | | |
|---|---|---|
| 23 | (CPT) JAMIE R HASOTT | LAUNDRY SUPERVISOR / PATRICK O DANIEL UNIT / 2305 RANSOM Rd Gatesville Texas 76528 |
| 24 | CHYSTEL ROGERS | SGT PREA / P.O.D Unit 2305 RANSOM RD Gatesville TX |
| 25 | KYLEEN TYSON | (LT) former DAY SHIFT SUPERVISOR HILL TOP UNIT 1500 STATE STREET RD GATESVILLE TX 76598 |
| 26 | SHANIA WEBER | Unit Grievance Investigator (UGI) P.O.D. 2305 RANSOM RD Gatesville TX 76528 |
| 27 | D'AGAN WHISENHUNT | CPT / former Disciplinary Officer HILL TOP UNIT 1500 STATE STREET RD GATESVILLE TX 76598 |
| 28 | MELISSA WRIGHT | SGT / former BLDG Coordinator B2 / P.O.D Unit 2305 Ransom Rd Gatesville Texas 76528 |
| 29 | JOEL CHANDLER | SENIOR PRACTICE MANAGER / PATRICK O DANIEL UNIT 2305 RANSOM RD GATESVILLE TX 76528 |
| 30 | CHYSTAL CARROLL | NURSE MEDICAL CLINIC / PATRICK O DANIEL UNIT 2305 RANSOM RD GATESVILLE TX 76528 |
| 31 | TERRE DORMAN (NURSE) (P.O.D Unit) 2305 Ransom Rd Gatesville TX 76528 | |
| 32 | RICHARD H FRIEDMAN (Dr) (P.O.D Unit) 2305 Ransom Rd Gatesville TX 76528 | |
| 33 | PAMELA JONES (Nurse) (P.O.D Unit) 2305 Ransom Rd Gatesville TX 76528 | |
| 34 | TOSIN OYENOLA (Nurse Practitioner) (P.O.D Unit) 2305 Ransom Rd Gatesville TX 76528 | |
| 35 | STARLISTA ROBERTS (Nurse) P.O.D Unit 2305 Ransom Rd Gatesville TX 76528 | |
| 36 | SIGRID TEAGUE | Supervisor of Psych Dept / P.O.D Unit 2305 Ransom Rd Gatesville TX 76528 |
| 37 | ANGELA SMITH | (Pill Tech) P.O.D Unit 2305 Ransom Rd Gatesville TX 76528 |
| 38 | BRENDA WALLACE (Nurse) P.O.D Unit 2305 Ransom Rd Gatesville TX 76528 | |
| 39 | JESSICA ZOLMAN | (Pill Tech) P.O.D Unit 2305 Ransom Rd Gatesville TX 76528 |
| 40 | (FNU FOUTAI) | CORRECTION OFFICER / EDUCATION CENTER / P.O.D Unit 2305 Ransom RD Gatesville TX 76528 |

(2)

# IV  B

**ACT AND OMISSIONS THIS DEFENDANT**
## Journal Pages
**DID TO HARM**

| | NAME | ACT OR OMISSION THIS DEFENDANT DID WHICH HARMED |
|---|---|---|
| 1 | Greg Abbott | Failed to Process Executive Communications 10 times in Reg to Texas Veteran Court / EMR / Reprieve / Pardon |
| 2 | Ken Paxton | Failed to CLOSE PLANE STATE JAIL FACILITY / FALSELY KEEPS IT OPEN. COULD SAVE TAXPAYERS 450 MILLION PER YEAR |
| 3 | Bryan Collier | REFUSED TO REFORM TDCJ / VERY DISCRIMINATORY TO WOMEN MEN GET EVERYTHING  BETTER commissary |
| 4 | Jennifer Cozby | FAIL TO DISCIPLINE OFFICERS especially LOZADA who does Not Follow TDCJ Policies and Procedures |
| 5 | Andrea Lozada | Illegally moved me 3 times to Hobby Unit Knowing I shouldn't be there. Reckless Endangerment / Failure to Protect |
| 6 | Ursula Miller | Racist when Discipling me. Denying my Veteran Status Won't rein in CO Crosswell and Abusing me. |
| 7 | Lashonda James | RACIST, BIAS, PREJUDICE, DISCRIMINATED AGAINST 100% DISABLED AMERICAN VETERAN. MOVED 3 TIMES TO HOBBY unit |
| 8 | FNU  FARREL | ABUSED AND MISTREATED ME ON A TRANSPORT MADE ME WEAR FILTHY RAGS. CAUSED ME TO GET SCABBIES |
| 9 | WILLIAM BROWN | WOMAN HATER. CAME INTO MY CELL AT 0100 (illegal) TOOK A PICTURE OF ME / Reported I WAS crazy / SLANDER |
| 10 | ANA CROSSWELL | ILLEGALLY CONFISCATED MEDICAL ITEMS / MEDICAL RECORDS, LEGAL Documents, RELIGIOUS ITEMS / EDUCATIONAL |
| 11 | ELAINE ESPINO | WROTE ME CASES THAT WERE WRONG  AND OVER 30 DAYS OLD  WITH NO WITNESSES / CONSTANT HARASSMENT |
| 12 | TRUDY ELLIS | CONSTANTLY INTERFERRING WITH MEDICAL AND TALKING ABOUT MY CARE  WITH OFFICIALS / HIPPA VIOLAT |
| 13 | AMY GRIFFIN | FOR TWO YEARS REFUSED TO GIVE EXTRA STORAGE CONTAINER FOR LEGAL MATERIALS / DENIED ME LAW LIBRARY |
| 14 | RITA HARRISON | DENIED ME ACCESS TO VETERANS DORM (A1) REFUSED TO LET ME INTO VETERANS PROGRAMS |
| 15 | CHEALSEY HARTLEY | DENIED ME MAIL FOR 30 DAYS AT CHRISTMAS / LOST DAMAGED AND WOULDNT GIVE ME MAIL |
| 16 | ASHLEY HERRERA | LIED AND FILED FALSE CASES ON ME 5 TIMES FALSELY SIGNED CONFISCATION SHEETS ON PROPERTY |
| 17 | VANESSA JEFFERSON | ON 3 OCCASSIONS INTERFERRED WITH MEDICAL CARE. DENIED MEDICATIONS 3 TIMES / PILL LINE |
| 18 | AMALIA KNAUBER | WARDEN'S SECRETARY - LIED TO MY FAMILY ABOUT WHERE I LIVE AND SERIOUS MEDICAL CONDITION |
| 19 | BERNESHA LONG | WHEN I WAS SERIOUSLY INJURED FROM PASSING OUT. SHE REFUSED ME PHONE CALLS TO FAMILY. |
| 20 | CIERA NEWTON | MISHOUSED ME 40 TIMES / SENT ME TO HOBBY UNIT 3 TIMES / KNOWING I DONT BELONG THERE |
| 21 | SAMANTHA PANTOJA | WHEN I WENT TO SEE THE WARDEN SHE HAD ME ARRESTED  AND LIED AND FILED FALSE REPORT |
| 22 | SIN PARRA | ALLOWED INMATES TO PACK MY PROPERTY  ON MOVE. WHICH VIOLATES TDCJ POLICY |

# Journal pages

| # | NAME | ACT OR OMISSION THIS DEFENDANT DID WHICH HARMED |
|---|------|--------------------------------------------------|
| 23 | Jaime Rhasott (ABUSE) | DENIED ME EXTRA BLANKET IN FREEZING CONDITIONS WOULD NOT GIVE ME GOOD MATTRESS / STOLE MY COMMISSARY |
| 24 | Chystel Rogers | Abused and mistreated ME/Allowed Crosswell + Herrere to steal all my Property / Let STAFF tear cell Apart x 3. |
| 25 | (LT) Kyleen Tyson | Would constantly harass me About not tucking IN shirt (ZIP shirt) and my Medical Appearance |
| 26 | Shania Weber | Would never like to Process Grrievances. / Would never Give me Appt to talk to her (30 Request to do so) |
| 27 | Dagan Whisenhunt | When Giving me A Case - he mis processed it gave me way to much time (233 days) which exceeded the standards |
| 28 | Melissa Wright | When I OPI out of B2 Dorm (12 times) she refused to Get me moved out of in Appropriate housing |
| 29 | Joel Chandler | Refused to contact Hospital Galveston (Stephanie Cervantez) and Get 5 Medical Appts I needed. |
| 30 | Chystal Carroll | Egregious Medical Harm / Denying me PAIN MGMT / mistreatment + Abuse while in Medical Clinic |
| 31 | Terre Dorman | Egregious Medical Harm / Denied medical care + treatment in Clinic |
| 32 | Richard H. Friedman | Denied Serious Medical Care for Disabilities / Refused to treat me 20 times / Falsifying Medical Records / ABUSE |
| 33 | Pamela Jones | mean, Abusive, and nasty, mistreatment when I Come into medical clinic. |
| 34 | Tosin Oyenola | Impersonating A Doctor / Misdiagnosed medical condition multiple times / failure to treat / medical records Fraud |
| 35 | Starlista Roberts | Lied and Filed false medical reports. Lied to Emergency Room staff About what caused medical emergencies |
| 36 | Signd Teague | Refused to Treat PTSD and Anxiety. Would not Put me on CASE LOAD. Denied PTSD + Anxcty |
| 37 | Angela Smith | As A Pill Tech lost / or wouldn't issue medications. Would not DO Follow ups to find medication x 10. |
| 38 | Brenda Wallace | rude, obnoxious were would always make inAppropriate comments to me About my Condition. |
| 39 | Jessica Zollman | Doesn't care whether she issues the right or wrong Medication or not. Bad Attitude about her JOB |
| 40 | (FNU) Foutai | On July 16 2025 Felony Assault and Battered me by Picking me up and SLAMMING me into A Door Frame |
| | | |
| | | |
| | | |
| | | |

(2)

# Journal Pages

In this lawsuit  I Am Asking for 3 things

money damAGES, declaratory Judgement and An injunction

**Money DAMAGES:** in the Amount of 10 million dollars.

This lawsuit does involve Serious Medical

InJuries!

Co And Crosswell, Ashley Herrera, SGT Chystel Rogers
each PAY $850⁰⁰ For lost, damAGed, destroyed and
missing inmate Property. They need to be
FIRED FROM TDCJ Employment.

The State of Texas / Attorney Generals office
Pay $3000.00 for illegally Confiscated Medical
Records, LEGAL Court Documents, Educational
Research Books, Religious Items taken (Bibles)

**DECLATORY JUDGE:** In additional: The STATE of Texas will Pay
All MEDICAL BILLS FOR  the Rest of
my NATURAL LIFE
AND WILL PAY ADDITIONAL 5 MILLION
DOLLARS, SO I MAY RESTORE MY
HEALTH. (AT LAUREL RIDGE) IN
SAN ANTONIO TEXAS.

**INJUNCTION**
°
°
order:

Immediately move me to the Veterans Hospital
in Temple Texas. To recover, from serious injury

TDCJ and UTMB Process Emergency Medical
Relrieve through to Governor Abbott.

If movement IS NOT immediate: Contact
Governor Abbott and have me moved to

E Dorm on Patrick O Daniel Unit. THIS
IS Protective Custody.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

The statement of Facts is this Unit Patrick O Daniel is systematically trying to kill me. There are Serious Safety concerns when officers have to work more than two dorms and are not available to help inmates survive in the hostile environment. My mistreatment is based on Racism, bias, bigotry and discrimination of staff who don't care about anything except drawing their check. I have been assaulted, and battied suffered serious injuries have been recklessly endangered multiple times, denied medical care at least 50 times and just recently Felony abused Attacked and Beaten. SEE ENCLOSED () NOTES AND INCIDENTS PAGES 1-15 /EVIDENCE

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

HAVE TDCJ move me to the Veterans Hospital in Temple, Texas for Emergency Medical Care and treatment. Contact Governor Abbott for EMR. ALL MEDICAL RECORD, LEGAL RECORDS, COURT DOCUMENTS, EDUCATIONAL AND RELIGIOUS AND COMMISSARY ITEMS BE REPLACED.

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

JoAnn Shipman (married name) JoAnn Bregas (maiden name)

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2261580    that is    all.

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):____N/A____

2.  Case number:____N/A____

3.  Approximate date sanctions were imposed:____N/A____

4.  Have the sanctions been lifted or otherwise satisfied?    N/A    ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?      _____ YES  X̲ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that issued warning (if federal, give the district and division): _____

   2.  Case number: _____

   3.  Approximate date warning was issued: _____

Executed on: _Ju̲l̲y̲ 1̲7̲ 2̲0̲2̲5̲_
          DATE

                                    _JoAnn Wilbert_
                                    (Signature of Plaintiff)
                             CW2 USA (Retired )

## PLAINTIFF'S DECLARATIONS

   1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

   2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

   3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

   4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

   5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _Ju̲l̲y̲ 1̲7̲_ day of _Ju̲l̲y̲_, 20 2̲5̲ .
            (Day)               (month)       (year)

                                    _JoAnn Wilbert_
                                      (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

WIL 3028 (Audit #) for Court RECORD    AFFIDAVIT

Journal Pages

Judge ALBRIGHT    EMERGENCY

I need this Court to immediately dispatch U.S. Marshals (here.)

I am Physically Located at Patrick O Daniel Unit (AS3-2) 2305 Ransom Rd Gatesville Texas 76528. Restrictive Housing I Am in Emminent DanGER of Death! Not only because I file Lawsuits but Because on July 16 2025 at Approximately 12:15 pm I had an incident with CO Foutai. OFFICER FOUTAI is mentAlly unbalanced and she GROUPPED me when doing A PAT SEARCH when my HANDs were in the Air and my bAck was to FOUTAI – she Physically Picked me up turned me over AND BODY SLAMMED me into the DOOR FRAME AND CONCRETE FLOOR At Cell BLOCK ONE. I SUSTAINED SERIOUS INJURIES and HAD To BE TAKEN To BAYLOR SCOTT AND WHITE HOSPITAL IN TEMPLE, TEXAS. I WAS IN THE TRAUMA UNIT FOR 8 HOURS. When returned to the UNIT I WAS Punished instead of the OFFICER. This is Definately an : EXCESSIVE USE OF FORCE CASE. I Am 72 YEARs old; and am 100% Disabled VET. I need the U.S. Marshals to Arrest Officer FOUTAI for FELONY ABUSE OF AN ELDERLY PERSON and FELONY ASSAULT AND BATTERY ON AN ELDERLY PERSON. FOUTAI SADISTICALLY and MALICIOUSLY HARMED ME. PRESENTLY THE UNIT WARDEN AND MAJOR JAMES ARE TRYING To COVER UP THIS INCIDENT LIKE They did before on two prior cases

(1)

The reason the U.S. Marshals need to come is to make the arrest. On two prior cases the beating of Lee Goins and Sharrun Jorgensen where serious injuries were involved — the Unit merely moved the officers to other Units. This is not sufficient — This Officer is going to be prosecuted to the fullest EXTENT OF THE LAW. That is why STATE OFFICIALS need to prosecute this case

CW2 USA (Retired)
Jo Ann Wilbert
Gatesville Tx 76528
July 17 2025

This piece of bag enclosed is because they put me on Food Rationing — denying me nutrition and healthy diet (it is evidence to my claim) that my 8th Amendment Rights are being denied

CRUEL AND UNUSUAL PUNISHMENT

Being Given Behavior Johnny in Restrictive Housing. Not enough FOOD Kept Hungry all the time! Been deprived of FOOD one week.

Beh J
RH
WILBERT

From 16 July 25
23 July

Meal is being denied as Retaliation

8th Amendment Violation

# EXCESSIVE USE OF FORCE
## AFFIDAVIT

On July 16 2025 when CO FOUTAI used Excessive Use of Force — there was:

(1) No reason for the Force: My hands were in the Air and my BACK was to the OFFICER

(2) The Amount of Force was Unneccessary — I AM 72 years old, 100% Disabled and I was Helpless

(3) The Guard had Serious AdvantAGE over me — She was BIGGER and my BACK was to her She Ambushed me from Behind.

(4) FOUTAI (used an Over Abundance of Force Lifting) me off the Ground; turning me Around and then Slamming me Head first into the Door Jam, and my Body into the Concrete Floor.

(5) I was Seriously injured/my nose was broken, She Gave me MASSIVE FACE brusing, she split my LIP completely down from my nose to my Top LIP, tore open my top LIP, blew out my LEFT Knee so I couldnt walk, hurt and reinjured my Left HAND and gave me two black eyes. I was bleeding Profusely from my Head, nose, mouth and lips. I had to be taken to Medical in A wheel chair and spent 8 hours in the Trauma Unit At Baylor Scott and white. (Temple Texas).

INDIGENT CW2 USA (Retired)
JoAnn Wilbert
Gatesville Tx 76528
July 17, 2025

July 15 2025

WIL 3028    Court Record

Jo Ann Wilbert  2261580
Patrick O Daniel Unit
2305 Ransom Rd
Gatesville Texas 76528

Clerk of the Court and
JUDGE ALAN ALBRIGHT
Western District of Texas
800 Franklin Avenue Room 380
WACO, Texas 78701

Cause Number to be
Assigned by this Court

The Purpose of this letter is to inform you that I am filing a Civil Rights Lawsuit under 42 USC 1983/ and the Americans with Disabilities Act.

I am truly Appalled that you failed to respond 3 times when I asked you about the Wardens (Lozada and Miller) being able to Deny my Process Servers access to this Facility to Serve their Summons? When my Process Servers come to the Unit they were denied Access and told they have to sit in the Parking Lot and wait until the officers came out to be served. This was INSANE because they did NOT KNOW what the People looked like! And did Not have ALL DAY TO WAIT FOR THEM.

This serious ISSUE needs to be Answered! If A Warden can deny Access — then the only ones WHO can serve "Summons" to Prison Officials are U.S. Marshals. I Believe this is IN Violation of the Law. AND A SERIOUS OFFENSE.

In addition — when I tried to speak with the Warden about this issue (and sent her) 5 I-60's — Communication to Officials — she failed to respond! When I physically tried to contact her in person — she had ME "Arrested" and I am still suffering Punitive Punishment (LOCKDOWN) as A G4 I have been literarily LOCKED down since SEPT 2024.

I repeatedly tried to contact you in regard to 6:24 cv-00512 but was hindered every step of the way due to LOCKDOWN.

I have been completely Abused, mistreated, Assaulted and battered, and SERIOUS injured with Traumatic Facial injuries. I cannot make A copy of these Documents — LL wont help

Jo Hnn Wilbert 2261580
Patrick O Daniel Unit
2305 Ransom Rd
Gatesville, Texas 76528

RECEIVED
JUL 8 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK


Austin PDC TX 7
FRI 25 JUL 2025

LEGAL

Clerk of the Court
Western District of Texas
United States Court House
800 Franklin Avenue Rm 380
WACO, Texas 76701