**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **JO ANN WILBERT #2261580** | § | |
| | § | |
| **V.** | § | **W-25-CA-320-ADA** |
| | § | |
| **GREG ABBOTT, et al.** | § | |

## ORDER

Before the Court is Plaintiff's Complaint. Plaintiff asserts Defendants have violated her constitutional rights. Under the notice pleading requirement for a federal lawsuit, Plaintiff is required to state what acts Defendants did to cause her damage. As currently written, Plaintiff's Complaint lacks sufficient facts for many of the named Defendants and is inadequate as a result. Without additional details, Plaintiff's Complaint may be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

It is, therefore, **ORDERED** that Plaintiff shall file a more definite statement in which she answers the following questions **on or before September 15, 2025**. *See* Fed. R. Civ. P. 12(e); *Parker v. Carpenter*, 978 F.2d 190, 191 (5th Cir. 1992); *Spears v. McCotter*, 766 F.2d 179, 180-81 (5th Cir. 1985). A failure to do so will cause this Court to dismiss Plaintiff's complaint for want of prosecution.

The questions the plaintiff is **ORDERED** to answer are as follows:

1.    In your complaint, you have named Greg Abbott as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.   Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

2.    In your complaint, you have named Ken Paxton as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

3.      In your complaint, you have named Bryan Collier as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

4.    In your complaint, you have named Jennifer Cozby as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

5.    In your complaint, you have named Andrea Lozada as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

6.      In your complaint, you have named Ursula Miller as a defendant. State
        exactly what it is that this defendant personally either did or failed to do
        while acting under color of state law that you believe violated your
        constitutional rights, and when. Specifically state each and every injury,
        harm, damage or other adverse consequence which you suffered as a
        result of the acts or omissions of this defendant. Be specific.

7.  In your complaint, you have named Lashonda James as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

8.    In your complaint, you have named FNU Farrel as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

9.    In your complaint, you have named William Brown as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

10.     In your complaint, you have named Ana Crosswell as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

11.     In your complaint, you have named Elaine Espino as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

12.    In your complaint, you have named Trudy Ellis as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

13.   In your complaint, you have named Amy Griffin as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

14.    In your complaint, you have named Rita Harrison as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

15.    In your complaint, you have named Chealsey Hartley as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

16.    In your complaint, you have named Ashley Herrera as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

17.     In your complaint, you have named Vanessa Jefferson as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

18. In your complaint, you have named Amalia Knauber as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

19.   In your complaint, you have named Bernesha Long as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

20.   In your complaint, you have named Ciera Newton as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

21.     In your complaint, you have named Samantha Pantoja as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

22.   In your complaint, you have named Pinto Jin Parra as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

23.     In your complaint, you have named Jaime Rhasott as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

24.     In your complaint, you have named Chystel Rogers as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

25.    In your complaint, you have named Kathleen Tyson as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

26.     In your complaint, you have named Shania Weber as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

27.    In your complaint, you have named Dagan Whisenhunt as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

28.    In your complaint, you have named Melissa Wright as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

29.     In your complaint, you have named Joel Chandler as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

30.     In your complaint, you have named Chystal Carroll as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

31.     In your complaint, you have named Terre Dorman as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

32. In your complaint, you have named Richard H. Friedman as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

33.    In your complaint, you have named Pamela Jones as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

34.   In your complaint, you have named Tosin Oyenola as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

35.   In your complaint, you have named Starlista Roberts as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

36.     In your complaint, you have named Sigrid Teague as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

37.    In your complaint, you have named Angela Smith as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

38.     In your complaint, you have named Brenda Wallace as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

39. In your complaint, you have named Jessica Zollman as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

40.    In your complaint, you have named Ty Fautai as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

41.     Where it is clear from the face of a complaint filed in forma pauperis that the claims asserted are barred by the applicable statute of limitations, those claims are properly dismissed pursuant to § 1915. *Gartrell v. Gaylor*, 981 F.2d 254, 256 (5th Cir. 1993). Because § 1983 has no statute of limitations provision, the Court looks to the state statute of limitations in personal injury cases. *Owens v. Okure*, 488 U.S. 235, 236 (1989). The applicable limitations period is two years in Texas. *Gonzales v. Wyatt*, 157 F.3d 1016, 1020 (5th Cir. 1998). The cause of action accrues, so that the statutory period begins to run, when the plaintiff knows or has reason to know of the injury which is the basis of the action. *Burrell v. Newsome*, 883 F.2d 416, 418 (5th Cir. 1989). Under Texas law imprisonment does not toll limitations. *Ali v. Higgs*, 892 F.2s 438, 439 (5th Cir. 1990). You signed your complaint on July 17, 2025. Many of your claims, however, appear to be based on actions taken more than two years prior. Explain why any of the claims you raise relating to events prior to July 17, 2023, should not be dismissed as time-barred.

42.    Many, if not most, of your claims appear to be duplicative of claims you pursued in prior suits in this Court and which have already dismissed (*see Wilbert v. Bell County Jail, et al.*, 6:20-CV-948 (W.D. Tex. dismissed Jan. 19, 2022); *Wilbert v. Abbott, et al.*, 6:23-CV-444 (W.D. Tex. dismissed Jan. 25, 2024.)). What claims are you asserting for the first time in this lawsuit?

43.     Your complaint appears to allege that you were denied or delayed in receiving adequate medical care. Describe with detail the medical problem that forms the basis of your complaint. What problem are you complaining about?  Be specific.

44.    Answer the following questions for each alleged denial of medical care that you complain of in this case:

    a.  What exact treatment did you request?

    b.  Explain what treatment you were denied and why you feel you should have received it.  Be specific.

c.  On what date did this occur?  If you do not know the exact date, then try
    to provide an approximate date.

d.  Who (name, title, and by whom employed) denied you medical care?

e.  If you know, state why were you denied the requested care.

f.  At the time you were denied the requested care, were you provided with some other type of treatment, medication, or care? If so, please explain.

g. At the time you were denied the requested care, were you receiving treatment, medication, or care for another condition? If so, please explain.

h. What harm has resulted from the alleged denial of medical treatment?

45.   Some of Plaintiff's claims regarding her disciplinary cases may implicate the favorable termination rule of *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994) and *Edwards v. Balisok*, 520 U.S. 641, 648 (1997). A prisoner attacking a disciplinary proceeding cannot bring a 42 U.S.C. § 1983 action seeking damages until her "conviction" in that proceeding has been expunged, reversed, or otherwise set aside. In *Heck*, the Supreme Court held:

[I]n order to recover damages for allegedly unconstitutional conviction [including a disciplinary conviction] or imprisonment, or for other harm caused by actions whose unlawfulness would render a conviction or sentence invalid, a § 1983 plaintiff must prove that the conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus.

Explain why you believe your claims related to your disciplinary proceedings are not barred by *Heck* and *Balisok*.

46.    You allege that defendants took or lost items of personal property.
       Answer the following questions regarding this allegation:

   a.  Identify the items of property that were taken or lost.

   b.  On what date were the items taken or lost?

   c.  Were you given a receipt for the property?

d.  What reason was given for taking your property?  Be specific.

e.  Was your property returned?  If so, when?

f.  If your property was not returned, state what happened to your property.

g.  Do you claim that your property was wrongfully taken pursuant to a prison policy?  If so, identify the prison policy to the best of your ability and explain why the taking was wrongful.

h.  Do you claim that your property was taken without due process?  If so, exactly what process do you claim that you were denied?

47.     Are you complaining that you were denied access to the courts because your property was taken?  If so, answer the following questions:

a.  Explain how you were denied access to courts.

b.  What cases were you working on when you were denied access to the courts?  What type of proceeding(s) were you seeking to file?

c.  What were the cause numbers, and in which courts, state or federal, were the cases pending or to be filed?

d.  For each case, who were the parties and what were the basic claims?

e.  In which of those cases, if any, were you represented by counsel?

f.  Were you substantially delayed in obtaining judicial review of your claims as a result of the denial of access to the courts?  If so, state with respect to each case how you were delayed, what was the cause of the delay, and what specific harm resulted from the delay. Also, what is the status of those cases now?

g. Did you lose the right to commence, prosecute, or appeal any suit as a result of the denial of access to the courts?  If so, state with respect to each case how you were prevented from commencing, prosecuting, or appealing.  What is the status of those cases now?

h. To the extent not already mentioned, how were you harmed by the denial of access to courts?

48. Your complaint alleges that excessive force was used against you. Answer the following questions about this incident:

    a. On what date(s) did this occur? If you do not know the exact date, then try to provide an approximate date.

    b. Identify by name the officers who used force against you.

c.      Where did the use of force occur?

d.      Fully describe the situation immediately before the use of force or
        assault.

e.  Before the use of force occurred, did you do anything that the defendant(s) may have thought was a verbal threat or threatening move, however wrong the defendant(s) might have been?  If so, give details.

f.  What is your height and weight.

g.    Describe in detail what injuries you sustained as a result of the assault.

h.    Were you hospitalized?  If so, for how long?

i.    What treatment and/or medication have you been given, if any, for your injuries?

j.    What is your medical condition now.

    k.       Did the defendant(s) sustain any injuries during the use of force? If so, give full details.

    l.       Have you been involved in any other incidents with the same officer(s)?  If so, give full details.

49.     Did you receive a disciplinary case as the result of the use of force?  If so, answer the following questions:

   a.  Describe with detail the charges filed against you, including the case number, the offense charged, and the name of the charging officer.

   b.  Did you have a disciplinary hearing?   If so, when did the disciplinary hearing occur?

c. Were you found guilty of the charges?  If so, state what punishment you received and whether you lost any previously earned good time credits.

d. If you were found guilty of the disciplinary charges, have you filed an appeal?  If an appeal was filed, what result, if any, have you received?

50.    You claim you were retaliated against by the defendants. List everything that you are claiming the defendants have done as retaliation against you and the date of each occurrence.

51.     Exactly what have you done or supposedly done for which the defendant(s) are retaliating against you?

52.     How do you know that this is the behavior for which you are suffering the retaliation? Give specific facts which lead you to believe that the defendants' acts were done in retaliation against you and not for some other reason.

53.    Plaintiff is to include the following declaration at the end of her more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Title 28 U.S.C. Section 1746.  Signed this _____ day of _____, 2025.


_____
Signature of Plaintiff


**SIGNED** on August 15, 2025

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE