**FILED**

Jo Ann Wilbert

v

Gov Abbott
et al

October 20, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ cav
DEPUTY

6.25 CV-00320
AFFIDAVIT

## STATE RELIEF OF HABEAS CORPUS

Unconstitutional Cell Conditions in CB2, on Patrick O Daniel Unit It is kept entirely to COLD down in Cell BLOCK II deliberately to cause inmates to have to stay in Bed/or Bunk to stay warm. This constitutes cruel and unusual Punishment. This Cold directly effects my Arthritis in my Spine and I have to Request two blankets.
     Also the windows on CB1 and CB2 are blacked out/do not open and are A major safety concern in the event of Fire or officers use of MACE. I have almost suffocated 8 times in these hazardous Conditions. I have requested through this Court that the State Fire Marshal come down and do an Inspection of these windows. There is No other Units in TDCJ that has these windows. And these windows along with the DARK and COLD cause some inmates who are on Psychotic Medication to Go insane. We cannot tell whether it is day or night, and it causes depression also.
     TDCJ does Not have DeCon Procedures in Place when they use Mace, Officers are not required to clean up their mess and derioate the area where mace was used and it lingers in the Air up to 24 hours and makes inmates with ASMATHA or COPD or severe allergies like mine; It makes me severly ill and TDCJ/UTMB refuse to Give me A No Spray Pass or allow me Evacuate an area when MACE is used. I have been made Sick 8 times.
     I am requesting through this Court to order that I be Given A No Spray (PASS) Pass and in the Event of use of MACE that TDCJ and UTMB to Allow me to evacuate the Area until the odor goes away.

Cw2 USA Retired
JoAnn Wilbert

JoANN WILBERT

V

Greg Abbott
et al

6:25-cv-00320

AFFIDAVIT

Article 5 of The Universal Declaration of Human Rights specifically states:

No one shall be Subjected to Torture or to cruel, inhuman or degrading treatment or Punishment. For over 26 months from 2022-2023 I was kept in CB1 and CB2 and tortured over the living Accommodations. From June 2024 through present date I am also subjected to the same Torture

I have readily contacted Warden Lozada, Assist Warden Miller and Major James to Correct the Temperature in CB2 which they FAIL to Act on; and I have notified the American Creditation Agency (ACA) also on the Windows and nothing has been done to correct these Human Rights Abuses.

My Medical Restriction List mailed to this Court Specifically states I am not to be subjected to Temperature Extremes and TDCJ Violated this Restriction Constantly keeping me in Pain and Suffering.

CW2 USA (Retired)
JoAnn Wilbert
Gatesville Texas 76528
OCT 10 2025

Jo Ann Wiebert
V
Gov Greg Abbott
at el

6:25-cv-00320
<u>Injunctive Relief</u> Request

## <u>Corruption within TDCJ System down to the Grievance System</u>

The TDCJ Grievance Officer along with the Staff like Assist Warden Miller is totally corrupt And constantly Violates TDCJ Policy. The Corruption is Rampant within the System and needs to be Exposed within the System, on an APA (Judical Review of Prison Rules.) (Especially in regard to) theft of inmate Property and claim for damages when negligence is the Fault of TDCJ, and they don't want to take responsibility! (Crosswell Infidences)

This is the Specific Point I Am making (1) My Legal, Medical, Religious and Educational Records have been stolen 5 times.

(2) My Commissary Property has been illegally taken (confiscated) and broken, damaged, or destroyed 10 times and needs to be replaced

(3) The Warden merely denies all culpability on the Grievance and closes it OUT. (Leaving No recourse for A Step 2).

(4) These Procedures) fail to Protect the Inmate (and there is hundreds of thousands of Dollars of Inmate Property stolen on LOCK DOWNS and RAMPANT theft of Property on Cell Searches.
The Property Officer (Crosswell) then Just " Writes off " the Property and Arbitrarily has another officer sign it off. (THUS collaborating the Theft)

(5) The Destruction or Donating of Property (which is, on the Property Form) is never completed so they can steal our Property at WILL with No Formal Accountability,

This is why I Am processing Felony Theft Charges against SGT Pantoja, SGT Rogers, CO Herrera and Ana Crosswell

(1)

(6) I am further requesting through Injunctive Relief that this Court Order A FULL Investigation into the Unit Property Room and Recover or Attempt to Recover some of my Stolen Property

(7) If my Stolen Property is Not Recovered I Am requesting through COURT order that TDCJ Give me Property Recepts with All "DISPOSITION" of my taken Property so I may claim it and Get it replaced at TDCJ Expense.
This is extremely important because State Attorney General Ken Paxton is involved and has Previously "replaced" my Medical Records (twice) and I need them now replaced for the 5th time! They are A Part of this Lawsuit.

These records cost $410.⁰⁰ to replace; there are 1100 pages and Go to Substantiate my claim that Medical has made 200 errors in my Medical Records, and violated my 8th Amendment Rights. These records Along with others should have never been confiscated. (Especially my LEGAL Records.) This is Why A FULL Investigation needs to be done by STATE OFFICIALS to Expose the Corruption on this Unit.


CW2 USA (Retired)
JoAnn Wilbert
Gatesville Texas 76528
Oct 15  2025

OCT 10 2025

Jo Ann Wilbert                          Case # 6:25-CV-00320
CB2-27                                  AFFIDAVIT

To Grievance Officer                                    cc: Court
Refer Audit # 4038
   Grievance # 2025137492 is a Prime Example

   This Grievance has been Step 2'd and sent to Federal Court so
that I can say all Grievances have been filed. A Federal
Judge has said I can do this.
   The APA (Administrative Procedures Act) will require review of your
Actions. How can you possiblely time delay my Grievance? and
then take a Case by SGT Espino that was written 33 days late
and an Event she never witnessed! Seems like you have a Double
Standard of who you will process Grievances for and who you
wont. I have filed a Federal lawsuit and am requesting Review of
Administrative Actions. (via APA) injunctive relief

A. The Grievance Policy Manual of TDCJ specifically states on
Page 73 that I may hand a Grievance directly to the Unit (They dont
Grievance Investigator on the Unit. This is Impossible to do. (allow it)
B. Informal Resolution is never done on this Unit especially
   Since Officers always write the Grievance first (anyway)
I have two very specific complaints about Grievances. We have to
hand our Grievances to the Officer to put in the Grievance
Box for us. On Saturday August 24 2025 I processed a Grievance
against Major James and CO T. Ellis picked it up and instead
of depositing it in the Box (merely put it in her pocket) I
am sure this Grievance never made it to the UGI but went
straight to James so that No Action could be taken
against her. This is Mail Tampering and interferring with Grievance
Process by Ellis > the Second time she has done this to me.
   the next Major complaint is that SGT Espino wrote me a
case about getting injured and not reporting it. Well Espino
never witnessed the incident nor knew what day it
happened on — So she wrote the case (33) days late and
you processed it any way. The application of TDCJ
policies, rules regulations, and procedures was clearly
violated in both of these cases and you let them
through any way.                    (1)

On Numerous Occassions at least 10-15 Warden Miller signs A Fraudulent Investigation Report about the circumstances of the Investigation and its conclusions! And the Investigator is the person the Complaint is Against. (Completely Illegal)

At least 5 times Crosswell has stolen, damaged or destroyed my inmate Property. I have tried to file the 500⁰⁰/50⁰⁰ per item Grievance and you kept saying I couldn't recover money through the Grievance Process this is Not correct. Since you failed to rectify the situation by requiring her to return or Replace my Property. I have had to Fik Felony Theft Charges — she will now have to go to Court. (Pg 20 para 8) TDCJ manual clearly says X X X I may claim lost, damaged, and Destroyed Property (you should know this)

Also at least 50 medical grievances have been filed and None have resolved my SERIOUS Medical Needs. Medical could careless About how INADEQUATE their care is or improving their care they provide. Going all the way to Galveston on A BUS is Fraud, waste and Abuse at the highest level and only to get A recommendation is ridiculous, and extremely detrimental to an inmates health because the Unit does what it wants to whether it is right or wrong.

My Emergency Grievances are Always clearly marked and yet you still send them back with. (Submission in excess of every seven days)

When I have Grieved Warden Lozada, James, and Miller for their failure to answer I60's as TDCJ Policy Requires you have done nothing to Investigate or made them correct their Actions.

When I submitted to you Grievances " that are on my Permanant and Chronic medical conditions that need CARE " continuously" The Word (Redundant) is completely Unacceptable because Permanant and Chronic conditions are just that Along with being present daily they dont go away and are redundant — The Law is very clear you MUST CONTINUOUSLY report to Officials your condition since they need to KNOW. It is called Deliberate Indifference. ( SO THAT CANT DENY KNOWING.)

Back of Grievance Form ( Inappropriate ) (11)
Back The #12 Inappropriate to Ask for money damages — Pg 20 #8 of Offender Property rules says you may pursue claims for lost or damaged property that is the responsibility of TDCJ shall be paid for

(2)

at no more than $ 50.00 per item no more than 500⁰⁰ so you
are a liar when you say I cant file A claim through Grievance
all of these issues I am reporting to you here caused me Anxiety
because you dont know " Correct procedure is" and how to
enforce policy against STAFF that out rank you and want to
do things their own WAY. TDCJ staff violations of Policy
Further more your Investigations are Riddled with errors and
Fraudulent investigated to cover up Officer misconduct. I am
charging you with the following : Failure to follow general rules
of conduct • Discrimination based on failure to protect A Protected Class
of inmate, engaging in Prohibitive Behavior• failure to Act by required, rule,
order, policy, or procedure, Falsifying Records, allowing the Unauthorized
taking of personal property, Mistreatment of Offender, improperly
cooperating with official Inquires or Investigation and Finally
retalliating against an Offender for Exercising the Right to
File " Grievances or Complaints.

Your handling of Grievances have been Wrong " continuously".

CW2  USA (Retired)
Glinn Willbert
Gatesville  Tx  76528
OCT  14, 2025



Audit # 4038

**STEP 1**
**INMATE**
**GRIEVANCE FORM**

EMER

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

Inmate Name: __Jo Ann Wilbert__ TDCJ # __2261580__

Unit: __Patrick O Den__ Housing Assignment: __CB2-27__

Unit where incident occurred: __P.O.D.__

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __James / Miller / Huntsville__  When? __July + Aug 2025__

What was their response? __Lame as usual__

What action was taken? __Contacted I.G / Huntsville / Advocate Dorothy Wooley__

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

__Excessive Punishment by Racist Major James on__
__Case # 20250199294. Due to extreme Discrimination and Prejudice__
__on Part of Lashonda James — she denied my Due Process__
__Rights by Not letting my Witness(es) testify at my Hearing__
__and " She was" instramental in the Cover up of__
__Excessive Use of Force Case / I am requesting immediately__
__this Case be over turned and I be restored to my__
__Previous G4 status, with no Restrictions.__

AUG 21 2025

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** **(OVER)**

**I-127 Front** (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

_____
_____
_____
_____
_____

**Action Requested to Resolve Your Complaint.**

Dismiss Case # 2025 01 99 2~~99~~ and immediately restore me to G4 Status. My Due Process rights were violated by May James who is Racist, prejudice, vile and corrupt (And involved in the COVER UP of prosecuting Tu Fautai)

**Inmate Signature:** Jo Ann Wilbert    **Date:** Aug 21 2025 or

**Grievance Response:** What ever date I can use to proas

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:    *Resubmit this form when corrections are made.**

- [x] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** S. Weber / Smith

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

**Medical Signature Authority:** _____

### OFFICE USE ONLY

Initial Submission          UGI Initials: SW

Grievance #: 2025137492

Screening Criteria Used: 01    499

Date Recd from Inmate: AUG 2 1 2025

Date Returned to Inmate: AUG 2 1 2025

**2ⁿᵈ Submission**          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Inmate: _____

Date Returned to Inmate: _____

**3ʳᵈ Submission**          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Inmate: _____

Date Returned to Inmate: _____

**I-127 Back** (Revised 8/2022)



Grievance # 2025137492
EMERGENCY.

**Texas Department of Criminal Justice**

# STEP 2

### OFFENDER GRIEVANCE FORM

Offender Name: JoAnn Wilbert     TDCJ # 2261580

Unit: P.O.D     Housing Assignment: CB2-27

Unit where incident occurred: P.O.D

**OFFICE USE ONLY**

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).     *I am dissatisfied with the response at Step 1 because...*

This case is Not Time Barred. The contents of getting Case # 2025 01 99 294 is still under Investigation by O.I.G who just came on Aug 21 2025. There is very good Change F.F (James) Violated All my Due Process Rights and this Case is going to be Dismissed on Appeal, which went to the Warden. This is just a Formality! Of saying all Grievances are Filed as continuously reported to you! How come you would let Espino file A Case on me 33 days after the FACT and it WAS illegally processed any way!

It took 35 days just to get the Inspector General Here on the Unit. There should have been allowed "a delay" or extension on det and that is what I requested but (Mr Leach or Mr Smith) have never complied with my Request for Information

---

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

_____

_____

_____

_____

Offender Signature: Glinn Wilbert          Date: 8/23/25
_____

Grievance Response:

_____

Signature Authority:_____    Date: _____

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
| --- | --- |
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)                                    Appendix G

Case # 6:25-CV-00320    JO ANN WILBERT V Gov Abbott et al

CB2-27

```
UNIT COPY          T.D.C.J.-INSTITUTIONAL DIVISION    08/20/25-995
IABS2400                    INMATE TIMESLIPS

NAME: WILBERT,JO ANN              TDC NO: 02261580    UNIT: MV
                                  RACE: W

*PREV PRJ-REL-DATE:    01 01 5555
*PRES PRJ-REL-DATE:    55 55 5555    MAX-EXP-DATE:    55 55 5555
*INMATE STATUS:        L3 W         MAX TERM:        LIFE WOP


FLAT TIME CREDITED:      8 00 27    CALC BEGIN DATE:    07 27 17
GOOD TIME CREDITED:      4 03 01    TDC RECEIVE DATE:   05 28 19
BONUS TIME CREDITED:     0 00 00    GOOD TIME LOST:          135
WORK TIME CREDITED:      2 09 18    WORK TIME LOST:            0
*TOTAL TIME CREDITED:   15 01 16


*STATUS EFFECT DATE:    03 08 23    JAIL GOOD TIME RECEIVED: YES
 PAROLE DATA: INTERVIEW DATE    01/55    TDC CALC. DATE 01/55
```

means I will never be interviewed.

```
*MONTHLY ABSENCE CALCULATION*    10.0 ABSENCES FOR 07/25

ANY ERRORS IN THE NUMBER OF DAYS OF UNEXCUSED ABSENCES MUST BE
REPORTED TO THE ABSENTEE TRACKING COORDINATOR ON YOUR UNIT NO
LATER THAN SIX MONTHS FOLLOWING THE REPORTED MONTH.  FAILURE TO
REPORT ERRORS MEANS AGREEMENT WITH THE REPORTED ABSENCES.
```

On Aug 1st 2025 I Got slammed with A MAJor Case 2025 0199 294 and lost every thing > went G5 and Got made A G5. MAJOR JAMES also took 365 days which was extremely excessive Punishment. Also was moved to CB2. (This involved an Excessive Use of Case against TY Fautai on July 16 2025.)

I filed Grievance # 2025137492 and Audit # 4038 but it never Got Processed because of time BAR. (The OIG never even came to visit me)

The Inspector General (OIG) never came to visit me until Aug 21 2025 and as of todays date (Mr Smith and Mr Leach) have never Given me A Copy of the Investigation, the Investigation Number, or the names of my 3 witnesses). (ALL Denying Due Process)

   This is   A Big Cover Up to Protect TY Fautai and the staff on this Unit  that is Corrupt! When it came time for MAJOR COURT with MAJOr James   on



Texas Department of Criminal Justice — **USE ONLY**

(WIL 3070)

## STEP 1
### INMATE
### GRIEVANCE FORM

CB2A-27B

Inmate Name: Jo Ann Wilbert   TDCJ # 2261580
Unit: Patrick O D   Housing Assignment: A53-02
Unit where incident occurred: P.O.D

Grievance #: 2025127805
Date Received: JUL 31 2025
Date Due: 8-30-25
Grievance Code: 400
Investigator ID #: I7859
Extension Date: 9·29·25   SEP 12 2025
Date Retd to Inmate:

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? SGT Taylor, MS Parson MAS James   When? 7/30/25
What was their response? Parson's hided me
What action was taken? James Crucified me

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.
Re: her Grievance Audit # WIL 3070 Case # 20250199294
The charging officer lied and filed A FALSE report —
Witness testimony STATEMENT clearly STATE I never
Assaulted the officer. And I was fully compliant with orders
All my evidence was over looked by A Major James
who is A RACIST, Prejudical Person and is extremely
Biased because SHE DOES NOT LIKE White People
(especially me)

MS Parsons + SGT Taylor both Knew I was innocent too!
Because of the MAJOR JAMES PERSONAL RACISM — she is protecting one of
her corrupt officers who maliciously and Sadistically Body
Slammed me into the Door Frame + concrete floor causing me
Serious injuries (Deliberately)

I Am forced to file Felony Assault + Battery and Abuse charges
against Both James + KuaTAI
SHE ALSO gave me Excessive Punishment 45/46/45 and took

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      **(OVER)**

I-127 Front (Revised 8/2022)

360 good time days! This all needs to be done away with too! I'm NOT Guilty and won't tolerate Abuse.

Action Requested to Resolve Your Complaint.

This case needs to Be over turned immediately — the Officer Lied and Filed A False report. She will be Polygraphed Witness testimony will exonerate me!

Inmate Signature: JoAnn Wilbert          Date: 7/30/25

Grievance Response:

Your complaint has been investigated and reviewed. Disciplinary case #20250199294 was reviewed. All due process requirements were satisfied, the verdict of guilt was supported by the preponderance of the evidence. The punishment assessed by the Disciplinary Hearing Officer was within the agency guidelines. No further action warranted in this matter.

Signature Authority: _____  AW. Miller          Date: 9/12/2025

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |

I-127 Back (Revised 8/2022)

**SUBJECT:** *State briefly the problem on which you need assistance.* Systemic Abuses by TDCJ STAFF

System in Place at TDCJ is evil, corrupt, and Vile.
The System tries to cover up misconduct and multiple Standards
of Conduct Violations, by its employees.
There needs to be A FULL STATE investigation / and Polygraph
of officers involved in my 42 USC 1983 and my Excessive
Use of Force CLAIM (ToRT) claim.
Sub Counsel Parson Actually works for TDCJ and has thrown me under
the Bus but Not Disclosing to me the names of my Witnesses
and the O.I.G is Not cooperating either.

Name: Jo Ann Wilbert          No: 2261580          Unit: PATRICK O Daniel
                                                          2305 Ransom Rd
Living Quarters: CB2-27        Work Assignment: ØØ        Gatesville TX 76528

~~ddddddddddddddddddddddddddd~~ Audit # 3070/ Grievance # 2025 127 805

Further Follow on Document 7042

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE – INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL (Court)

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☒ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)* COURT

Clerk of Court / Judge Albright

TO: _____ Audit # (7042) _____

*(Name and title of official)*

DATE: 10/15/25

ADDRESS: _____

Audt # WIL 3070 Grievance # 2025127 805



## Texas Department of Criminal Justice

# STEP 2

### OFFENDER GRIEVANCE FORM

Offender Name: **JoAnn Wilbert**    TDCJ # 2261580
Unit: Patrick O Daniel    Housing Assignment: CB2-27
Unit where incident occurred: Patrick O Daniel

**OFFICE USE ONLY**

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

James and Miller are both trying to Cover Up there Misconduct, Prejudice, Racism, and HATER Attitude about me. (Especially White people)

My Witnesses (and there WAS 3 of them) saw that I did not Assault and Battery Fautai. I could not have done it because I wasn't even FACING the Officer And my Hands were in the AIR. According to DUE Process my Witness(es) should have been allowed to TESTIFY in COURT for me! (They were not.) Because of her "Racist" Attitude Miller is covering up for James. There is No way STAFF should be Able to Abuse/assault and Batter an elderly disabled inmate the way Fautai did. It was Malicious and SAdistic. (Hospital Records prove this) Note for the Record. This is the 3rd incident that the Unit is lying about! Two previous cases Abusive use of Force were Lee Goins, and sharun G were also lied About and the Officers filed False Reports. TDCJ has A History of doing this it is A PD 22 standards of Conduct Violation (5) Reckless Endangerment and Endangering the Life of an inmate. Conspiring to engage in Prohibitive Behavior, violation (10) Falsifying Records. I Am requesting that this Court Polygraph Asst Warden U. Miller, LaShonda James, and Ty Fautai.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

_____

_____

_____

_____

_____

**Offender Signature:** _____    **Date:** _____

**Grievance Response:**




**Signature Authority:** _____    **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐  1.  **Grievable time period has expired.**

☐  2.  **Illegible/Incomprehensible.***

☐  3.  **Originals not submitted. ***

☐  4.  **Inappropriate/Excessive attachments.***

☐  5.  **Malicious use of vulgar, indecent, or physically threatening language.**

☐  6.  **Inappropriate.***


**CGO Staff Signature:** _____

| OFFICE USE ONLY |
|---|
| Initial Submission          CGO Initials: _____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender:_____ |
| 2nd Submission          CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |
| 3rd Submission          CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |

**I-128 Back** (Revised 11-2010)                                    **Appendix G**

UM

AUDIT # 4018

# THE STATE OF TEXAS

## STEP 1
(STAT)
### INMATE
### GRIEVANCE FORM

MEDICAL GRIEVANCE

Inmate Name: JoAnn Wilbert TDCJ # 2261580

Unit: Patrick O Daniel Housing Assignment: CB2-27

Unit where incident occurred: Patrick O Daniel

OFFICE USE ONLY

Grievance #: 2025135665

Date Received: AUG 1 8 2025

Date Due: 10-2-25

Grievance Code: 624

Investigator ID #: JZ859

Extension Date: 11-16-25

Date Retd to Inmate: OCT 1 3 2025

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Chandler /Pilkington/ Mr Togo When? Continuous

What was their response? They did not get Medical Appt scheduled in timely fashion

What action was taken? Filed Federal Lawsuit

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Gross Negligence and Incompetence, Medical Malpractice and Denying and Delaying My Medical Care and treatment. In May 2025 I was given A 45 day Van Pass to get my Medical Appointments in Galveston taken care of. Only one appointment was made (to get stitches and shunts taken out of my Broken Nose.) that was 36 days late! (My sutures + shunts should have been taken out in April (on the 29th). I wasn't sent until June 6 2025 I informed medical (I needed 5 more Appointments Ortho Hand, Ortho Spine, Ortho Foot Neurology, and ENT while I had my VAN Pass) My van pass was even Extended until July 11 2025. Ms Pilkington only made me one Appointment in AUG 2026 Which was WAY to Far out. ALL my Medications Expired in MAY 2025 I repeatedly (8 times) told medical my immediate Medical needs and they did ABSOLUTELY nothing to coordinate my Appointments with Stephanie Cervantez the Director of the Hospital in Galveston. On Aug 17 2025 I come down

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** **(OVER)**

I-127 Front (Revised 8/2022)

On Medical Chain to go to PLANE STATE. Medical Knows I DO NOT GO to PLANE STATE - it is NOT Safe to go there to get to Galveston. I will be Writing State Attorney Ken Paxton about the Dismal failures of Medical on this Unit. Medical Care is Deplorable. They DO NOT COORDINATE anything Correctly

**Action Requested to Resolve Your Complaint.**
Get me 911 off this Unit to get my LEFT Knee Surgically Fixed. I have now Notified A federal Judge to get LOCAL Medical Care ( It has already been A Month (July 17 2025) since I WAS Seriously injured by TDCJ

Inmate Signature: _____John Wilbert_____ Date: Aug 18 2025

**Grievance Response:**

The patient is not medically qualified to determine the appropriate course of treatment or assess the urgency of medical interventions. She has been evaluated by multiple licensed healthcare providers who have submitted all necessary referrals and scheduled appropriate treatments in response to her clinical concerns. Once unit providers initiate referrals to specialty clinics at HG, it becomes the responsibility of HG staff to triage and schedule appointments based on clinical urgency and resource availability. The patient does not have the authority to alter this process or prioritize herself ahead of others with equal or greater medical need. Her belief that her condition warrants expedited care does not override established protocols or the needs of other patients. The patient previously declined scheduled appointments at Hospital Galveston (HG) for the removal of nasal stitches and shunt.

Signature Authority: J. Chandler, SPM  Date: 10/6/25

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:**_____

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:**_____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Clerk of Court and Judge

(Name and title of official)

Audit # 7044

DATE: 10/15/25

ADDRESS: WACO TX

**SUBJECT:** *State briefly the problem on which you desire assistance.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Name: _____    No: _____ Unit: _____

Living Quarters: _____    Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

Grievance # 2025135665
Audit # 4018

MEDICAL

## Texas Department of Criminal Justice

## STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: Jo Ann Wilbert    TDCJ # 2261580

Unit: Patrick O Daniel    Housing Assignment: CB2-27

Unit where incident occurred: Patrick O Daniel

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).    *I am dissatisfied with the response at Step 1 because...*

The response to this Grievance 2025135665 is completely Grossly in error. The Unit doesn't care whether we Get medical care or not. It is A total Violation of my 8th Amendment Rights and Deny's, Delays or refuses to Accept responsibility for mistreatment of inmates. The Medical STAFF on Patrick O Daniel only cares About their Pay check and nothing else. Over 50 Grievances Submitted. When I had a return Appointment (to Baylor Scott and White) on April 29th 2025 And was on the Surgery schedule there you wouldn't allow me to Go. I needed Surgery on the 29th of April not June 6th 2025 When I needed to be rescheduled for A Neurology Appointment in April 2025 I needed medicine/ treatment/ and care a month or so later Not in April 2026 (which is A Year Late) thus is Not Acceptable When Dr Friedman Gave me A Physical in MAY 2024 He never scheduled my Ortho Hand Appointment like he Should have because he is incompetent, and I have filed 8 complaints on this man. 7 times now I have requested to have an MRI on my left knee Because of rips and tears which make WALKING difficult. 10 times now you have not answered my request for Medical Surgeries. and given no response for information. You do not want to do one thing to help resolve the multitude of medical problems I have being 100% Permanently and totally disabled. You also have 200 errors in my Medical Records because you don't report the truth about

Appendix G

My Medical Conditions

_____

_____

_____

_____

**Offender Signature:** Ann Wilbert _____ **Date:** 10/15/25

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

**Returned because:** *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                    **Appendix G**



Jo Ann Wilbert 2261580
Patrick O Daniel Unit
2305 Ransom Rd
Gatesville Texas 76528

RECEIVED
OCT 20 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Legal

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
800 Franklin Avenue Rm 380
WACO, Texas 76701

Legal



...VILEGED OFFENDER MAIL
...T INSPECTED BY TEXAS
...ARTMENT OF CRIMINAL
...STICE - CORRECTIONAL
...STITUTIONS DIVISION

Austin PDC TX 787 10